COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION FOR EN BANC RECONSIDERATION**

Case number:  01-10-01123-CV

Style:   *Oncor Electric Delivery Co., LLC, Appellant v. Marco Murillo, Appellee*

Date motion filed:     January 17, 2012

Party filing motion:    Appellant

A majority of the Court having voted in favor of reconsidering this appeal en banc, it is **ordered** that the motion for en banc reconsideration is **granted**.  The panel opinion is **withdrawn**.  The cause shall be submitted to the en banc Court without oral argument.

Judge's signature:     /s/ Jane Bland _____
                                     Acting for the Court

Before:  Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, and Huddle.

Justices Keyes and Sharp dissenting.

Justice Brown not participating.

Date:   June 5, 2014.